UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON PITTS, §  | | |
| $17503-078 § | | |
| Plaintiff, § | | |
| § | | |
| v. § | No. 3:22-cv-2853-B (BT) | |
| § | | |
| OFFICER NFN DERRY, et al., § | | |
| Defendants. § | | |
| § | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 16, 2023, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 8th day of March, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE